IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50840
Summary Calendar
_____


DENNIS R. WHITBECK,

Plaintiff-Appellant,

versus

R. MELTON, Office, Dilley,
TX, JAMES A. COLLINS, Director,
Texas Department of Criminal
Justice, Institutional Division,
WAYNE SCOTT, Director, Texas
Department of Criminal Justice,
Institutional Division,

Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. 94-CV-637
- - - - - - - - - -

May 21, 1996

Before SMITH, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

Dennis R. Whitbeck appeals from summary judgment in favor of the defendants in his civil rights action pursuant to 42 U.S.C. § 1983. Whitbeck implicitly argues that the district court erred in granting summary judgment. We have reviewed the record and Whitbeck's brief and find no reversible error. Whitbeck has not

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

alleged the violation of a clearly established constitutional right under currently applicable constitutional standards. <u>See Siegert v. Gilley</u>, 500 U.S. 226, 231 (1991).

AFFIRMED.